**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DARRELL JESSE RIVERA, | : | Civil No. 1:25-CV-02302 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAUPHIN COUNTY PRISON, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 21st day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motions for leave to proceed *in forma pauperis*, Docs. 5, 7, are **GRANTED**.

2. The petition, Doc. 1, is deemed **FILED**.

3. The petition, Doc. 1, is **DISMISSED** as untimely.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania